## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELINOR FABIAN,

      Plaintiff,

v.                                                    Case No. 12-11887

MACY'S RETAIL HOLDINGS, INC.,

      Defendant.

_____/

## ORDER CONFIRMING JURISDICTION

On May 18, 2012, the court issued an order directing Defendant to file a notice clarifying its citizenship.  As explained in that order, Defendant's notice of removal failed to allege specific facts—namely, Defendant's principal place of business—that would allow the court to determine whether diversity-of-citizenship jurisdiction could be asserted over Plaintiff's state-law claims.  *See* 28 U.S.C. § 1332.  Defendant timely filed a notice that sufficiently clarifies its citizenship and demonstrates that the court has subject-matter jurisdiction over this dispute.  Accordingly,

IT IS ORDERED that the court is satisfied that its jurisdiction over this action is CONFIRMED.

                               s/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2012, by electronic and/or ordinary mail.

                               s/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522